# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHESTER WATER AUTHORITY**, | : CIVIL ACTION NO. 1:14-CV-1076 |
| Plaintiff, | : (Chief Judge Conner) |
| v. | : |
| **SUSQUEHANNA RIVER BASIN COMMISSION**, | : |
| Defendant. | : |

## ORDER

AND NOW, this 11th day of August, 2014, upon consideration of the motion to intervene (Doc. 18) pursuant to Federal Rule of Civil Procedure 24(a)(2), filed by Old Dominion Electric Cooperative ("ODEC"), and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that:

1. ODEC's motion to intervene (Doc. 18) is GRANTED.

2. The Clerk of Court is directed to ADD ODEC as an intervening defendant in the above-captioned matter. See FED. R. CIV. P. 21.

3. In accordance with the Federal Rules of Civil Procedure, ODEC may file a responsive pleading or motion to dismiss in this matter.

                               /S/ CHRISTOPHER C. CONNER
                               Christopher C. Conner, Chief Judge
                               United States District Court
                               Middle District of Pennsylvania